UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | No. 2:20-cv-02809-SAB-PJW<br><br>**ORDER DISMISSING ACTION** |

    Before the Court is the parties' Stipulation of Dismissal of Plaintiff Reginald Franklin's Claims with Prejudice, ECF No. 29. The parties ask the Court to dismiss the above-captioned matter with prejudice with each party to bear its own costs.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal of Plaintiff Reginald Franklin's Claims with Prejudice, ECF No. 29, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned case is **DISMISSED** with prejudice with each party to bear their own costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 7th day of May 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION ~ 2**